IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HELSINN HEALTHCARE S.A. and ROCHE PALO ALTO LLC, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 13-688-GMS |
| v. | ) ) | CONSOLIDATED |
| AUROBINDO PHARMA LTD. and AUROMEDICS PHARMA LLC, | ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| HELSINN HEALTHCARE S.A. and ROCHE PALO ALTO LLC, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 13-1612-GMS |
| v. | ) ) ) | |
| BEN VENUE LABORATORIES, INC. d/b/a BEDFORD LABORATORIES | ) ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| HELSINN HEALTHCARE S.A. and ROCHE PALO ALTO LLC, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 13-2101-GMS |
| v. | ) ) | |
| ACCORD HEALTHCARE, INC. | ) ) ) | |
| Defendants. | ) | |

| | |
|---|---|
| HELSINN HEALTHCARE S.A. and ROCHE PALO ALTO LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CIPLA LTD. and CIPLA USA, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 14-427-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER

WHEREAS, Plaintiffs Helsinn Healthcare S.A. and Roche Palo Alto LLC (collectively, "Plaintiffs") and Defendants Aurobindo Pharma Ltd., AuroMedics Pharma LLC, Ben Venue Laboratories, Inc. d/b/a Bedford Laboratories, Accord Healthcare, Inc., Cipla Ltd., and Cipla USA, Inc. (all defendants collectively, "Defendants") are continuing discussions in order to progress towards a stipulated consolidation of the above pending matters;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants, through their undersigned counsel, and subject to the approval of the Court that the time to submit a consolidation proposal to the Court is extended to June 10, 2014.

| For Plaintiffs: | For Defendants: |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
| */s/ Jack B. Blumenfeld* | */s/ Mary B. Matterer* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br><br>*Attorneys for Plaintiffs* | Mary B. Matterer (#2696)<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>mmatterer@morrisjames.com<br><br>*Attorneys for Defendants Aurobindo Pharma Ltd. and AuroMedics Pharma LLC* |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Joseph M. O'Malley, Jr.<br>Bruce M. Wexler<br>Eric W. Dittmann<br>David M. Conca<br>Gary Ji<br>Angela C. Ni<br>PAUL HASTINGS LLP<br>75 East 55th Street<br>New York, NY 10022<br>(212) 318-6000<br><br>*Attorneys for Plaintiff*<br>*Helsinn Healthcare S.A.*<br><br>Mark E. Waddell<br>LOEB & LOEB LLP<br>345 Park Avenue<br>New York, NY 10154<br>(212) 407-4127<br><br>*Attorneys for Plaintiff*<br>*Roche Palo Alto LLC* | H. Keeto Sabharwal<br>Paul A. Ainsworth<br>Nirav N. Desai<br>Brett E. Howard<br>STERNE, KESSLER, GOLDSTEIN & FOX, PLLC<br>1100 New York Avenue<br>Washington, DC 20005<br>Phone: 202.371.2600<br>Fax: 202.371.2540<br><br>SHAW KELLER LLP<br><br>*/s/ Karen E. Keller*<br>_____<br>Karen E. Keller (#4489)<br>David M. Fry (#5486)<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>dfry@shawkeller.com<br>*Attorneys for Defendant Ben Venue*<br><br><br>OF COUNSEL:<br><br>Robert V. Cerwinski<br>Huiya Wu<br>Michael S. Chang<br>KENYON & KENYON LLP<br>One Broadway<br>New York, NY 10004<br>(212) 425-7200<br><br>William G. James<br>KENYON & KENYON LLP<br>1500 K Street, NW<br>Washington, D.C. 20005<br>(202) 220-4200 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Monté T. Squire*
_____
Adam W. Poff (# 3990)
Monté T. Squire (# 4764)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
msquire@ycst.com
*Attorneys for Defendant Accord Healthcare, Inc.*

OF COUNSEL:

Neil F. Greenblum
Michael J. Fink
P. Branko Pejic
Paul A. Braier, Ph.D.
GREENBLUM & BERNSTEIN, P.L.C.
1950 Roland Clarke Place
Reston, VA 20191
(703) 716-1191


PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ Megan C. Haney*
_____
John C. Phillips, Jr. (# 110)
Megan C. Haney (# 5016)
1200 North Broom Street
Wilmington, DE 19806-4204
(302) 655-4200
JCP@pgslaw.com
MCH@pgslaw.com
*Attorneys for Defendants Cipla Ltd. and Cipla USA, Inc.*

-4-

-5-

OF COUNSEL:

Robert F. Green
Caryn C. Borg-Breen
John P. Snow
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 North Stetson
Chicago, Illinois 60601-6731
(312) 616-5600

IT IS SO ORDERED this _____ day of June 2014.

_____
                                                                   J.